435 A.2d 254

Commonwealth v. Maldonado, Appellant.

Submitted November 12, 1980.   Dennis V. Williams, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 254

Commonwealth v. Mojica a/k/a Rivera, Appellant.

Submitted March 21, 1980.   William F. Ochs, Jr., Public Defender, for appellant;  J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.